1

2

3

4

5

6

7                           **UNITED STATES DISTRICT COURT**

8                              **DISTRICT OF NEVADA**

9

10

GREGORY G. GRANT,                         )

11                                        )

          Petitioner,                )        2: 09-cv-02078-GMN-PAL

12                                        )

vs.                                       )

13                                        )        **ORDER**

STATE OF NEVADA, *et al.,*                )

14                                        )

          Respondents.               )

15  _____/

16

        This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which

17

petitioner, a state prisoner, is proceeding with counsel. On June 7, 2010, this court entered an order

18

in which it denied petitioner's motions for sanctions against counsel. Docket #14. In that order, the

19

court ruled in part as follows:

20

            This case is presently stayed, pursuant to this court's order of March

21        19, 2010, (Docket #10) which states that the stay was granted "pending
          resolution of the related matter now pending before the Nevada Supreme

22        Court." That Order additionally states that, "counsel shall inform the court
          when such resolution occurs." Therefore, until this Court is so advised, the

23        Counsel thus has no present duty to file a first amended petition.

24  *Id.,* p. 1.   On June 22, 2010, petitioner filed a motion for reconsideration of the court's order of

25  June 7, 2010 (docket #15), and a motion for change of counsel (docket #16). As was previously,

26  explained to petitioner in the court's order of June 7, 2010, this case is presently stayed. Because the

1    case is stayed, counsel has no present duty to file any documents in the case, or to consult with

2    petitioner regarding the case.  The court thus finds no basis for reconsideration of its prior order and

3    no basis for a change of counsel.

4            **IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration of the

5    court's order of June 7, 2010, is **DENIED.**  (Docket #15.)

6            **IT IS FURTHER ORDERED** that petitioner's motion for change of counsel  is

7    **DENIED** without prejudice. (Docket #16.)   Petitioner may re-file his motion for new counsel as

8    soon as the Nevada Supreme Court renders a ruling in petitioner's case and the stay in the present

9    case is lifted.  This court will consider petitioner's motion at that time.

10         DATED this 25th day of August, 2010.

11

12          _____
           Gloria M. Navarro
           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26