UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT,<br><br>  Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Respondents. | 2:09-cv-02078-GMN-PAL<br><br>**ORDER** |

This is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in which Petitioner, a state pretrial detainee, is proceeding with counsel. On January 19, 2012, Respondents filed a Motion for Thirty-Day Enlargement of Time to File Points and Authorities Regarding the Court's Order to Show Cause that was issued on August 31, 2011. (ECF No. 31.) Good cause appearing, Respondents' Motion is **GRANTED.** Respondents are granted to and including February 20, 2012, to file their points and authorities.

Dated this 26th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge